CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 28 2011

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| SYSTEMS2 COMMUNICATIONS INC., ) | Civil Action No. 7:10-cv-00501 |
| Plaintiffs, ) | |
| v. ) | Order |
| COMCAST CORP. *et al.*, ) | |
| Defendants. ) | By: James C. Turk<br>Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED** and **ORDERED** that Plaintiff's Motion to Remand (Dkt. No. 4) is **GRANTED**.

The Clerk of Court is directed to return the case to the Circuit Court for the City of Salem, to strike the case from the Court's active docket, and to send copies of this order and accompanying Memorandum Opinion to counsel of record for both parties.

ENTER: This 27th day of January, 2011.

Senior United States District Judge

8